Utica Avenue Route.— Motion granted. Messrs. Thomas H. Troy, William Seward Shanahan and Desmond Dunne, appointed commissioners. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Cyrus P. Lawrence, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied.    Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Robert W. Maloney, as Receiver, etc., Respondent, v. Margaret L. Smith, Appellant, and Others.— Motion denied, without costs.    Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

North Side Bank of Brooklyn, Plaintiff, v. Hattie E. Burger and Others, Defendants.. Geiser Lumber Company and Another, Appellants; Hattie E. Burger, Respondent.— Motion granted, without costs.    Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Francesco Pensabene, as Administrator, etc., Respondent, v. F. & J. Auditore Company, Appellant.— Motion granted, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. John Adell, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. William Barry, Appellant.— Motion to dismiss appeal granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Frank Bernstein, Appellant.— Motion to dismiss appeal denied.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Samuel Blatt, Appellant.— Motion to dismiss appeal granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Manfred Broberg, Appellant.— Motion to dismiss appeal granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Ben Brown, Appellant.— Motion to dismiss appeal granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. John H. Gelhardt, Jr., Appellant.— Motion denied on condition that appellant perfect his appeal, place the case on the present calendar for Tuesday, April 22, 1913, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. John Grass, Appellant.— Motion to dismiss appeal granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Frederick Gualler, Appellant.— Motion to dismiss appeal granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.